IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 03 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DEREK MCKINNEY

   Plaintiff,

VS.

CASE NO. 1:25-CV-0303

DONALD TRUMP
CHAD MIZELLE
JAMES R. MCHENRY III
KATHLEEN WOLFE

   Defendants

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1), Plaintiff, Derek McKinney, hereby moves for the Voluntary Dismissal of the above-entitled action.

January 30, 2025

Respectfully submitted

By: _____
DEREK MCKINNEY

**PLAINTIFF *PRO SE***



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

ELR

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PAPER POUCH
how2recycle.info

CLEARED SECURITY
FEB 03 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia

CLEARED SECURITY
FEB 03 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia


US POSTAGE IMI  8018501301620039  2000392233
$10.10
SSK
PM
01/30/25  Mailed from 30030  028W2310876

### PRIORITY MAIL®

DEREK MCKINNEY
125 N ARCADIA AVE APT 648
DECATUR GA 30030

1.70 oz
RDC 03

EXPECTED DELIVERY DAY: 02/01/25

C039

SHIP TO:

CLERK OF COURT
US COURTHOUSE
75 TED TURNER DR SW
ATLANTA GA 30303-3315

### USPS TRACKING® NUMBER


9505 5065 9411 5030 2852 05





**UNITED STATES POSTAL SERVICE**® | **PRIORITY**® **MAIL**

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.